**9/24/2015**                                              **COA Case No. 02-14-00183-CR**
**SCOTT, JOHNNY CALVIN   Tr. Ct. No. 1359184R**            **PD-0850-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, October 16, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

                                                          Abel Acosta, Clerk

                    JOHNNY CALVIN SCOTT
                    TDC# 1927796
                    CLEMENTS UNIT
                    9601 SPUR 591
                    AMARILLO, TX  79107

**9/24/2015**                                              **COA Case No. 02-14-00183-CR**
**SCOTT, JOHNNY CALVIN   Tr. Ct. No. 1359184R**            **PD-0850-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, October 16, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**9/24/2015**                                          **COA Case No. 02-14-00183-CR**
**SCOTT, JOHNNY CALVIN   Tr. Ct. No. 1359184R**              **PD-0850-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, October 16, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**9/24/2015**  **COA Case No. 02-14-00183-CR**
**SCOTT, JOHNNY CALVIN   Tr. Ct. No. 1359184R**  **PD-0850-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, October 16, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *